**Roy HELTON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 18, 1955.

———————◆———————

Dan Cornette, Cornette & White, Harlan, for appellant.

J. D. Buckman, Jr., Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Harlan Circuit Court, by Roy Helton, from a judgment convicting him of violating KRS 242.-230 (possession of liquor for sale in dry territory), and fixing his punishment at a fine of $50 and confinement in the county jail for 30 days.

■ The trial court acted within its discretion in overruling the defendant's challenge to the jury panel. McCarty v. Commonwealth, Ky., 251 S.W.2d 873; Commonwealth v. Hall, Ky., 258 S.W.2d 479.

■ A consideration of the entire record discloses no error prejudicial to the appellant's substantial rights and therefore the judgment is affirmed.

HOGG, J., not sitting.